CLOSED,MITCHELL

# U.S. District Court
# Western District of Oklahoma[LIVE] (Oklahoma City)
# CIVIL DOCKET FOR CASE #: 5:19–cv–00208–G

| | |
|---|---|
| American Airlines Federal Credit Union v. Sonic Corp et al | Date Filed: 03/04/2019 |
| Assigned to: Honorable Charles Goodwin | Date Terminated: 06/06/2019 |
| Demand: $75,000 | Jury Demand: Plaintiff |
| Case in other court:  Northern District of Ohio, 17–md–02807 | Nature of Suit: 380 Personal Property: Other |
| Cause: 28:1332 Diversity–Property Damage | Jurisdiction: Diversity |

**Plaintiff**

**American Airlines Federal Credit Union**　　represented by　**David B Donchin**
Durbin Larimore & Bialick
920 N Harvey Ave
Oklahoma City, OK 73102–2610
405–235–9584
Fax: 405–235–0551
Email: ddonchin@dlb.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C Gudmundson**
Zimmerman Reed LLP
1100 IDS Center
80 South 8th St
Minneapolis, MN 55402
612–341–0400
Fax: 612–341–0844
Email: brian.gudmundson@zimmreed.com
*ATTORNEY TO BE NOTICED*

**Carey Alexander**
Scott & Scott Attorneys at Law LLP
The Helmsley Bldg
230 Park Ave
17th Fl
New York, NY 10169
212–223–6444
Fax: 212–223–6334
Email: calexander@scott–scott.com
*ATTORNEY TO BE NOTICED*

**Erin G Comite**
Scott & Scott Attorneys at Law–LLP
COLCHESTER
156 South Main Street
PO Box 192
Colchester, CT 06415
860–537–5537
Fax: 860–537–4432
Email: ecomite@scott–scott.com
*ATTORNEY TO BE NOTICED*

**Joseph P Guglielmo**
Scott & Scott Attorneys at Law LLP
The Helmsley Bldg
230 Park Ave
17th Fl
New York, NY 10169
212−223−6444
Fax: 212−223−6334
Email: jguglielmo@scott−scott.com
*ATTORNEY TO BE NOTICED*

**Michael J Laird**
Zimmerman Reed LLP
1100 IDS Center
80 South 8th St
Minneapolis, MN 55402
612−341−0400
Fax: 612−341−0844
Email: michael.laird@zimmreed.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sonic Corp**

**Defendant**

**Sonic Industries Inc**

**Defendant**

**Sonic Capital LLC**

**Defendant**

**Sonic Franchising LLC**

**Defendant**

**Sonic Restaurants Inc**

**Defendant**

**Sonic Industries LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2019 | Ï 1 | COMPLAINT against Sonic Capital LLC, Sonic Corp, Sonic Franchising LLC, Sonic Industries Inc, Sonic Restaurants Inc filed by American Airlines Federal Credit Union. (Attachments: # 1 Civil Cover Sheet)(kmt) (Entered: 03/04/2019) |
| 03/04/2019 | Ï 2 | |

| | | |
|---|---|---|
| | | Summons Issued Electronically as to Sonic Capital LLC, Sonic Corp, Sonic Franchising LLC, Sonic Industries Inc, Sonic Industries LLC, Sonic Restaurants Inc. (kmt) (Entered: 03/04/2019) |
| 03/04/2019 | Ï | PAYMENT FOR A CIVIL CASE Filing fee $ 400, receipt number 1087–2875236. (Donchin, David) (Entered: 03/04/2019) |
| 03/04/2019 | Ï 3 | ENTRY of Appearance by David B Donchin on behalf of American Airlines Federal Credit Union (Donchin, David) (Entered: 03/04/2019) |
| 03/05/2019 | Ï 4 | DISCLOSURE STATEMENT – CORPORATE by American Airlines Federal Credit Union . (Donchin, David) (Entered: 03/05/2019) |
| 03/05/2019 | Ï 5 | MOTION for Leave to Appear Pro Hac Vice *Joseph P. Guglielmo for Plaintiff* Filing fee $ 50, receipt number 1087–2876269 by American Airlines Federal Credit Union. (Attachments: # 1 Exhibit 1 – Request for Admission PHV)(Donchin, David) (Entered: 03/05/2019) |
| 03/05/2019 | Ï 6 | MOTION for Leave to Appear Pro Hac Vice *Erin Green Comite for Plaintiff* Filing fee $ 50, receipt number 1087–2876281 by American Airlines Federal Credit Union. (Attachments: # 1 Exhibit 1 – Request for Admission PHV)(Donchin, David) (Entered: 03/05/2019) |
| 03/05/2019 | Ï 7 | MOTION for Leave to Appear Pro Hac Vice *Carey Alexander for Plaintiff* Filing fee $ 50, receipt number 1087–2876288 by American Airlines Federal Credit Union. (Attachments: # 1 Exhibit 1 – Request for Admission PHV)(Donchin, David) (Entered: 03/05/2019) |
| 03/06/2019 | Ï 8 | MOTION for Leave to Appear Pro Hac Vice *Brian Gudmundson for Plaintiff* Filing fee $ 50, receipt number 1087–2876895 by American Airlines Federal Credit Union. (Attachments: # 1 Exhibit 1 – Request for Admission PHV)(Donchin, David) (Entered: 03/06/2019) |
| 03/06/2019 | Ï 9 | MOTION for Leave to Appear Pro Hac Vice *Michael Laird for Plaintiff* Filing fee $ 50, receipt number 1087–2876900 by American Airlines Federal Credit Union. (Attachments: # 1 Exhibit 1 – Request for Admission PHV)(Donchin, David) (Entered: 03/06/2019) |
| 03/11/2019 | Ï 10 | ORDER granting 5 Motion to Appear Pro Hac Vice. Mr. Alexander shall register to file documents electronically in this district on or before April 1, 2019, and shall file an entry of appearance by that same date on the form prescribed by the Clerk of the Court. Signed by Honorable Charles Goodwin on 03/11/2019. (jb) (Entered: 03/11/2019) |
| 03/11/2019 | Ï 11 | ORDER granting 6 Motion to Appear Pro Hac Vice. Ms. Comite shall register to file documents electronically in this district on or before April 1, 2019, and shall file an entry of appearance by that same date on the form prescribed by the Clerk of the Court. Signed by Honorable Charles Goodwin on 03/11/2019. (jb) (Entered: 03/11/2019) |
| 03/11/2019 | Ï 12 | ORDER granting 7 Motion to Appear Pro Hac Vice. Mr. Alexander shall register to file documents electronically in this district on or before April 1, 2019, and shall file an entry of appearance by that same date on the form prescribed by the Clerk of the Court. Signed by Honorable Charles Goodwin on 03/11/2019. (jb) (Entered: 03/11/2019) |
| 03/11/2019 | Ï 13 | ORDER granting 8 Motion to Appear Pro Hac Vice. Mr. Gumundson shall register to file documents electronically in this district on or before April 1, 2019, and shall file an entry of appearance by that same date on the form prescribed by the Clerk of the Court. Signed by Honorable Charles Goodwin on 03/11/2019. (jb) (Entered: 03/11/2019) |
| 03/11/2019 | Ï 14 | ORDER granting 9 Motion to Appear Pro Hac Vice. Mr. Laird shall register to file documents electronically in this district on or before April 1, 2019, and shall file an entry of appearance by that same date on the form prescribed by the Clerk of the Court. Signed by Honorable Charles Goodwin on 03/11/2019. (jb) (Entered: 03/11/2019) |
| 03/14/2019 | Ï 15 | |

| | | |
|---|---|---|
| | | ENTRY of Appearance by Brian C Gudmundson on behalf of American Airlines Federal Credit Union (Gudmundson, Brian) (Entered: 03/14/2019) |
| 03/14/2019 | 16 | ENTRY of Appearance by Michael J Laird on behalf of American Airlines Federal Credit Union (Laird, Michael) (Entered: 03/14/2019) |
| 03/19/2019 | 17 | ENTRY of Appearance by Joseph P Guglielmo on behalf of American Airlines Federal Credit Union (Guglielmo, Joseph) (Entered: 03/19/2019) |
| 03/19/2019 | 18 | ENTRY of Appearance by Erin G Comite on behalf of American Airlines Federal Credit Union (Comite, Erin) (Entered: 03/19/2019) |
| 03/19/2019 | 19 | ENTRY of Appearance by Carey Alexander on behalf of American Airlines Federal Credit Union (Alexander, Carey) (Entered: 03/19/2019) |
| 06/06/2019 | 20 | TRANSFER ORDER transferring case to District of Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable James S. Gwin. Signed by Clerk of the Panel. (ank) (Entered: 06/14/2019) |